**Jonathan Leigh HENSLEE,**
**Plaintiff–Appellant,**

**v.**

**Sherrie SIMMONS, Lieutenant at the Rutherford County Jail; Alan Young, Employee at the Rutherford County Jail, Defendants–Appellees.**

**No. 10–7055.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 16, 2011.

Decided: March 31, 2011.

Jonathan Leigh Henslee, Appellant Pro Se. Scott Douglas MacLatchie, Womble Carlyle Sandridge & Rice, PLLC, Charlotte, North Carolina, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Leigh Henslee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Henslee v. Simmons,* No. 1:04–cv–00152–GCM, 2010 WL 2650964 (W.D.N.C. July 1, 2010). Henslee's motions for a transcript at government expense and for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*